

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

## O R D E R

This appeal was reinstated on the Court's docket on March 21, 2014. The clerk's record was filed on March 28, 2014. On April 14, 2014, we ordered the court reporter to file the reporter's record or a notification of late record on or before May 12, 2014.

On April 28, 2014, appellant filed a motion for extension of time to file her brief, indicating that an extension was necessary because the court reporter needed additional time to complete the reporter's record. However, because the reporter's record has not been filed, the due date for filing appellant's brief has not yet been determined. Under Texas Rule of Appellate Procedure 38.6, an appellant must file a brief within 30 days after the *later* of the date the clerk's record was filed or the date the reporter's record was filed. *See* TEX. R. APP. P. 38.6. Thus, appellant's motion for extension of time to file her brief is premature.

Appellant's motion for extension of time to file her brief is therefore DENIED WITHOUT PREJUDICE.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.



Keith E. Hottle
Clerk of Court